UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANDREA WILLIAMS ,

       Plaintiff,                        Case No. 1:26–cv–01804–RSK

v.                                   Hon. Ray Kent

KENT, COUNTY OF, et al.,

       Defendants.

_____/

## NOTICE TO PLAINTIFF REGARDING CONSENT

This notice is to inform you that your case was filed on June 8, 2026 and has been assigned to Magistrate Judge Ray Kent.  In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment.  If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials.  Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates.  Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate judge is entirely voluntary.  If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge.  The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please complete and sign the attached Statement Regarding Consent and return it to the court on or before **June 30, 2026**.  If the statement is not received by the deadline, the case will be randomly assigned to a district judge, with an automatic referral to the magistrate judge named above.

CLERK OF COURT

Dated:  June 9, 2026        By:    _/s/ N. Stimec_____
                                      Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANDREA WILLIAMS ,

        Plaintiff,                  Case No. 1:26–cv–01804–RSK

v.                               Hon. Ray Kent

KENT, COUNTY OF, et al.,

        Defendants.
_____/

## PLAINTIFF'S STATEMENT REGARDING CONSENT

_____   I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post–judgment matters.

_____   I request that this case be assigned to a district judge.

Dated:  _____       _____

                                  Plaintiff Andrea Williams